UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>Isabel Christina Flores (1) )<br>Daniel Aceves (2) )<br>Defendant(s) )<br>) | CRIMINAL NO. 07mj2988<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Oscar Gonzalez-Acevedo

DATED: 1/8/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Jarabek
Deputy Clerk
J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082