|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | RANDY K. JONES |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 141711 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-5684; (619) 557-7381 |
|   | randy.jones2@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0079-JLS |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) | NOTICE OF APPEARANCE |
| v. | ) |   |
|   | ) |   |
| ISABEL CHRISTINA FLORES, et al., | ) |   |
|   | ) |   |
| Defendant. | ) |   |
|   | ) |   |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

//

//

//

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):

5    <u>Name</u>    (If none, enter "None" below)
6        None.

7

8    Please call me if you have any questions about this notice.
9    DATED:  February 12, 2008

                                                        Respectfully submitted,
10
                                                        KAREN P. HEWITT
11                                                      United States Attorney

12                                                      s/Randy K. Jones
                                                        _____
13                                                      RANDY K. JONES
                                                        Assistant United States Attorney
14                                                      Attorneys for Plaintiff
                                                        United States of America
15                                                      Email: randy.jones2@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27
     Notice of Appearance
28   United States v. Flores, et al.           2                        08CR0079-JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0079-JLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ISABEL CHRISTINA FLORES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.  Carey Dawn Gorden    Email: carey_gorden@fd.org

2.  Robert A. Garcia    Email: robertim@pacbell.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008        s/ Randy K. Jones
                                     RANDY K. JONES

Notice of Appearance
United States v. Flores, et al.            3            08CR0079-JLS