AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Daniel Aceves

**WARRANT FOR ARREST**

06818-298

CASE NUMBER: 08cr79-JLS-2

**NOT FOR PUBLIC VIEW**

FILED JUL 21 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Daniel Aceves_____
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☑ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE: 7/14/2011 X
ARRESTED BY: DUSM
Bommel Lapid
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: Tanya

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

S. Toma
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

7/13/11  San Diego, CA
Date and Location

Bail fixed at $ _____NO BAIL_____ by _____The Honorable Janis L. Sammartino_____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |