MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    VS    DANIEL ACEVES (2)

Case Number: 08CR0079-JLS        **EXHIBIT LIST**        Type of Hearing: CONTESTED OSC HEARING

 X  Plaintiff    ___ Defendant    ___ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| 1 | September 28, 2011 | | SAN DIEGO POLICE REPORT |
| 2 | September 28, 2011 | September 28, 2011 | SAN DIEGO SHERIFF RECORDS CHECK PRINTOUT |
| 3 | September 28, 2011 | | LEXIS NEXIS PRINTOUT OF PENAL CODE |
| 4 | September 28, 2011 | | WESTLAW PRINTOUT OF PENAL CODE |