AO 245D (CASD) (Rev. 12/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| DANIEL ACEVES (2) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 08CR0079-JLS

ROBERT A. GARCIA
Defendant's Attorney

**REGISTRATION No.** 06818298

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. TWO, THREE, FIVE, SIX AND SEVEN

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 2 | Failure to report law enforcement contact (nv16) |
| 3 | Unlawful use of controlled substance (nv3) |
| 5 | Unauthorized travel out of district (nv6) |
| 6 | Failure to complete Anger Management Program as directed by the probation officer. |
| 7 | Failure to complete community service (nv23) |

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through  2  of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

APRIL 10, 2013
Date of Imposition of Sentence

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

AO 245D (CASD) (Rev. 12/11) Judgment in a Criminal Case for Revocations
    Sheet 2 — Imprisonment

Judgment — Page   2   of   2  

**DEFENDANT:** DANIEL ACEVES (2)
**CASE NUMBER:** 08CR0079-JLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
NINE (9) MONTHS

[X] The court makes the following recommendations to the Bureau of Prisons:
    INCARCERATION IN THE SOUTHWEST REGION OF THE UNITED STATES

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _____
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL